**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Braulio RIVERA–ANDRACA, a.k.a.**
**Jorge Perez–Ortiz, Defendant–**
**Appellant.**

**No. 09–10165.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 20, 2011.\*

Filed April 28, 2011.

John Robert Lopez, USPX–Office of the U.S. Attorney Phoenix, AZ, for Plaintiff–Appellee.

Nancy Hinchcliffe, Phoenix, AZ, for Defendant–Appellant.

Braulio Rivera–Andraca, pro se.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Braulio Rivera–Andraca appeals form the 22–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rivera–Andraca's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.